DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERCELY WAYNE COLEMAN** a/k/a **WAYNE COLEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-864

[June 18, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 90-005417-CF-10A.

Ercely Wayne Coleman, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***